Roger A. Colvin, Esq. (SBN 068773)
Alvarez-Glasman & Colvin
Attorneys at Law
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA  91746
Telephone: (562) 699-5500
Facsimile:  (562) 692-2244
rcolvin@agclawfirm.com
Attorneys for Defendants, City of Chico,
Mark Bass, Juan Valencia, Officer Mata

Fulvio F. Cajina (SBN 289126)
LAW OFFICES OF FULVIO F. CAJINA
528 Grand Avenue
Oakland, CA 94610
Tel: 510-601-0779
Fax: 510-225-2636
Email: fulvio@cajinalaw.com

Stanley Goff (SBN 289564)
Law Office Of Stanley Goff
15 Boardman Place, Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff, L.R.



ALVAREZ-GLASMAN & COLVIN
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.R., a Minor by and Through her Guardian Ad Litem KONA RUSH;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICO, ET AL.,<br><br>Defendants. | U.S.D.C. Case Number:<br>2:23-cv-01072-JAM-DMC<br><br>(*Assigned to the Honorable District Court Judge John A. Mendez*)<br><br>**SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>First Amended Complaint Filed:  May 28, 2024 |

1

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL**:

By and through their counsel of record in this action, Plaintiff, L.R., by her guardian ad litem, ("Plaintiff") and Defendants, CITY OF CHICO, MARK BASS, JUAN VALENCIA, and MATA ("Defendants") (together called "the parties"), hereby present this Stipulation to Modify the Scheduling Order only with regard the to the Discovery Cut-off of non-experts Fact Discovery and Dispositive Motion Filing deadlines based upon the following good cause:

The parties have worked diligently to schedule depositions and conduct discovery. The parties have several depositions scheduled to take place before the end of September 2025. Discovery cut-off of non-expert Fact Discovery is currently scheduled for August 29, 2025, and the Dispositive Motion Filing is set for October 24, 2025.

There are numerous party and non-party witnesses who will need to have their depositions taken in this action. The current deadline of August 29, 2025, for non-expert discovery will not afford enough time for the parties to complete this phase of discovery.

The parties are not requesting the Court to modify the operative dates and deadlines for the Final pretrial conference and Jury Trial. This stipulation is the parties second request for any continuance in this action.

**STIPULATION TO MODIFY THE SCHEDULING ORDER**

Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate to and jointly request that the Court enter an order to modify the scheduling order, as follows:

1. The parties respectfully request an order continuing the non-expert Fact Discovery cut-off date from August 29, 2025, to October 31, 2025.

2. The parties respectfully request an order continuing the Dispositive Motion Filing Deadline from October 24, 2025, to November 28, 2025.

STIPULATION AND ORDER

3.    Except as specified herein above, all other operative dates and deadlines within the Court's Scheduling Orders would remain unchanged and unaffected by the parties' Stipulation or any associated Order made pursuant thereto.

**IT IS SO STIPULATED.**

Respectfully submitted

Dated:  August 6, 2025

ALVAREZ-GLASMAN & COLVIN
JOHN W. LAM
CITY ATTORNEY

/s/ Roger A. Colvin
Roger A. Colvin
Attorneys for Defendants
City of Chico, Officers Mark Bass,
Juan Valencia, and Mata

Dated:  August 6, 2025

LAW OFFICE OF STANLEY GOFF

/s/ Stanley Goff
Stanley Goff
Attorney for Plaintiff
L.R.

# CERTIFICATE OF SERVICE

***L.R., a minor, et al. v. City of Chico, et al.***

**Case No.:  2:23-cv-01072-JAM-DMC**

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the United States District Court, Eastern District of California – by using the CM/ECF system on August 12, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on August 12, 2025, at City of Industry, California.

/s/ Maria Luisa Espinosa
Maria Luisa Espinosa



ALVAREZ-GLASMAN & COLVIN
ATTORNEYS AT LAW

4

STIPULATION AND ORDER

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date / Fact Discovery Completion | **10/31/2025** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **11/28/2025** |
| Dispositive Motion Hearing | As previously scheduled, **01/06/2026, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | As previously scheduled, **03/06/2026, at 11:00 a.m.** |
| Jury Trial (7 Days) | As previously scheduled, **04/13/2026, at 9:00 a.m.** |

All other instructions contained in the Pretrial Scheduling Order (ECF No. 15), entered on February 14, 2025, shall remain in effect.

**IT IS SO ORDERED**.

August 18, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

5

STIPULATION AND ORDER