STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Fulvio F. Cajina, Esq. (289126)
fulvio@cajinalaw.com
LAW OFFICE OF FULVIO F. CAJINA
528 Grand Avenue
Oakland, CA 94610
Tel: 415-601-0779
Fax: 510-225-2636

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff L.R., A MINOR BY AND THROUGH HER GUARDIAN AD LITEM KONA RUSH;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICO, OFFICERS MARK BASS, JUAN VALENCIA, MATA,<br><br>Defendants. | Case No. 2:23-cv-01072-JAM-DMC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs L.R., A MINOR BY AND THROUGH HER GUARDIAN AD LITEM KONA RUSH stipultate with Defendant(s) to dismiss the action pursuant to an exectuted settlement agreement. The parties to this stipulation will bear their own fees and costs. This stipulation is submitted pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and operates as a voluntary dismissal of the consolidated action with prejudice.

DATED: July 14, 2026

By: /s/ *Stanley Goff*
STANLEY GOFF
Attorneys for Plaintiffs

DATED: July 14, 2026

By: /s/ *Roger Covlin*
ROGER COLVIN
Attorneys for Defendants

**ORDER**

The Court, having reviewed the above stipulation, hereby orders that this action is **DISMISSED WITH PREJUDICE**, with the parties to this stipulated dismissal to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE